1  Stephen M. Doniger (SBN 179314)
2  stephen@donigerlawfirm.com
3  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
4  David Shein (SBN 230870)
   david@donigerlawfirm.com
5  603 Rose Avenue
6  Venice, California 90291
   Telephone: (310) 590-1820
7  Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC, d/b/a "Michael Grecco Photography", a California corporation<br><br>Plaintiff,<br><br>v.<br><br>PASTE MEDIA GROUP, LLC, doing business as "pastemagazine.com", a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-06403-RGK-AS<br>*Hon. R. Gary Klausner*<br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION** |

- 1 -

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action be dismissed with prejudice;
2. Each party is to bear its own costs and fees as incurred against one another in this action.

SO ORDERED.

Date: April 24, 2018          By: *[signature: Gary Klausner]*
                              HON. R. GARY KLAUSNER
                              U.S. DISTRICT COURT JUDGE